✓ FILED ___ LODGED
___ RECEIVED ___ COPY

MAY 0 8 2013

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

Pro Se Plaintiff
Crystal L. Cox
(406) 624-9510
PO Box 2027
Port Townsend, WA 98368
USA

District of Arizona
Pheonix

Case Number Pending
Motion to File Electronically

**CV-13-00962-PHX-MEA**

Crystal L. Cox, Plaintiff
1-5 John and Jane Doe Plaintiffs

v.

Defendant(s)

**Motion / Proposed Order to Allow Plaintiff Crystal L. Cox to submit documents, court filings, responses electronically in this court.**

I, Plaintiff Crystal Cox, in my Pro Se Capacity, request this court's permission to submit filings electronically in this case.

Plaintiff Crystal Cox alleges it to be the most cost effective way for this court to allow Pro Se Plaintiff Crystal L. Cox to submit all legal filings, documents and motions electronically.

I, Crystal L. Cox in my Pro Se Capacity will accept all motions, filings, summons electronically via email. Defendant Crystal Cox moves this court to grant permission allow Defendant Cox to file documents in this case electronically.

THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING
TO FEDERAL AND/OR LOCAL RULES AND PRACTICES
AND IS SUBJECT TO REJECTION BY THE COURT.

REFERENCE _5.4_
(Rule Number/Section)

1

## Certificate of Service:

I hereby certify that I served the foregoing on May 6th 2013 To

Sandra Day O'Connor U.S. Courthouse
401 W. Washington Street, Suite 130, SPC 1
Phoenix, AZ 85003-2118

Submitted Respectfully by

*[signature: Crystal J Cox]*

Pro Se Plaintiff
Crystal L. Cox
**(406) 624-9510**
PO Box 2027
Port Townsend, WA 98368

Crystal@CrystalCox.com
ReverendCrystalCox@Gmail.com

**Certificate of Service:**

I hereby certify that I served the foregoing on May 6th 2013 To

Sandra Day O'Connor U.S. Courthouse
401 W. Washington Street, Suite 130, SPC 1
Phoenix, AZ 85003-2118

Submitted Respectfully by

*[signature]*

Pro Se Plaintiff
Crystal L. Cox
**(406) 624-9510**
PO Box 2027
Port Townsend, WA 98368

Crystal@CrystalCox.com
ReverendCrystalCox@Gmail.com