Name: Crystal L. Cox
Address: PO Box 2027
Port Townsend WA
98368
Telephone: 406-624-9510

FILED ___ LODGED
___ RECEIVED ___ COPY
MAY 17 2013
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ P DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

LO

Crystal L. Cox                      )
                                    )   CV-13-962-PHX-MEA
                                    )
          Plaintiff,                )
                                    )
vs.                                 )   MOTION TO ALLOW
                                    )   ELECTRONIC FILING
                                    )   BY A PARTY APPEARING
                                    )   WITHOUT AN ATTORNEY and
          Defendant.                )   SUPPORTING INFORMATION
                                    )
Go daddy, Bob Parsons...            )

I, Crystal L. Cox                    , declare that I am the Plaintiff/Defendant representing myself in this action; that I hereby request permission to electronically file and serve my documents. I state that, upon a showing of good cause below, I am able to comply with the equipment and rule requirements governing electronic filing.

In further support of this application, I answer the following questions:

A. Type of personal computer and related software/equipment available for use:

- Personal computer running a standard platform such as Windows or Mac OSX.
- PDF-compatible word processor such as Corel WordPerfect or Microsoft Word
- Internet access (high speed is recommended)
- A Web browser. Microsoft Internet Explorer 7.0 or 6.0 or Mozilla Firefox 2 or 1.5 have been tested and certified for compatibility with ECF, and are therefore recommended
- PDF conversion software - Adobe Acrobat version 6 or higher (Standard or Professional) is recommended
- Scanner for paper exhibits or other supporting documents which exist only in paper
- Adobe Acrobat Reader is needed for viewing e-filed PDF documents

_I have All of the Above & Experienced filing in the Electronic Filing System._

B. Do you have a personal electronic mailbox of sufficient capacity to send and receive electronic notice of case related transmissions?

Yes [X]   No [ ]

C. Are you currently or will you be a subscriber to PACER (Public Access to Court Electronic Records)?

Yes [X]   No [ ]

D. Have you read and become familiar with the District of Arizona's ECF Administrative Policies and Procedures Manual?

Yes [X]   No [ ]

E. Are you able to comply with all of the requirements, including the electronic submission of documents in .pdf, of the District of Arizona's ECF Administrative Policies and Procedures Manual?

Yes [X]   No [ ]

F. Are you able to comply with the privacy policy of the Judicial Conference of the United States and the E-Government Act of 2002?

Yes [X]   No [ ]

DATED this 14th day of May, 2013.

_Crystal L. Cox_
Your signature in ink

Crystal L. Cox
Your name typed or printed

PO Box 2027
Port Townsend WA 98368
Address

406-624-9510
Telephone Number