1

2

3

4

5

6                IN THE UNITED STATES DISTRICT COURT

7                  FOR THE DISTRICT OF ARIZONA

8  Crystal L. Cox,                )
                                  )
9          Plaintiff,             )  CIV 13-00962 PHX MEA
                                  )
10         v.                     )  ORDER
                                  )
11 Bob Parsons Godaddy, Godaddy   )
   Incorporated, Peter L.         )
12 Michaelson, World Intellectual )
   Property Organization,         )
13 Francis Gurry, Eric Wilbers,   )
   Edward Kwakwa, Kashmir Hill,   )
14 Forbes Inc., Kevin D. Padrick, )
   David S. Aman, Steven Wilker,  )
15 Tonkon Torp Law Firm, Randazza )
   Legal Group, Marc J. Randazza, )
16 David Coursey, Bob Garfield,   )
   New York Public Radio, David   )
17 Carr, New York Times, Tracy L. )
   Coenen, Sequence Incorporated, )
18 Mulvihill and Rushie LLC,      )
   Jordan Rushie, Jason M. Jones, )
19 Multnomah County Sheriff Office)
   Daniel Staton, Marshall Ross,  )
20 Roxanne Grimage, Gloria Navarro)
   Stephen Lamont, Proskauer Rose,)
21 Kenneth Rubenstein, Douglas    )
   Melamed, Steven R. Rodgers,    )
22 Warner Bros, Ronald Green,     )
                                  )
23         Defendants.            )
   _____)

24

25        Plaintiff's motion to proceed in forma pauperis having

26 been  denied  and  the  complaint  in  this  matter  having  been

27 dismissed,

28

1        **IT IS ORDERED that** Plaintiff's "Notice/Motion Regarding

2   Serving Summons," (Doc. 8) which asks the Court to "serve

3   summons on all defendants," is **denied**.

4        DATED this 3rd day of July, 2013.

5

6        _____

          Mark E. Aspey

7        United States Magistrate Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                              -2-