```
                    IN THE UNITED STATES DISTRICT COURT

                         FOR THE DISTRICT OF ARIZONA
```

| | |
|---|---|
| Crystal L. Cox,              )<br>                              )<br>          Plaintiff,          )<br>                              )<br>          v.                  )<br>                              )<br>Bob Parsons Godaddy, Godaddy  )<br>Incorporated, Peter L.        )<br>Michaelson, World Intellectual)<br>Property Organization,        )<br>Francis Gurry, Eric Wilbers,  )<br>Edward Kwakwa, Kashmir Hill,  )<br>Forbes Inc., Kevin D. Padrick,)<br>David S. Aman, Steven Wilker, )<br>Tonkon Torp Law Firm, Randazza)<br>Legal Group, Marc J. Randazza,)<br>David Coursey, Bob Garfield,  )<br>New York Public Radio, David  )<br>Carr, New York Times, Tracy L.)<br>Coenen, Sequence Incorporated,)<br>Mulvihill and Rushie LLC,     )<br>Jordan Rushie, Jason M. Jones,)<br>Multnomah County Sheriff Office)<br>Daniel Staton, Marshall Ross, )<br>Roxanne Grimage, Gloria Navarro)<br>Stephen Lamont, Proskauer Rose,)<br>Kenneth Rubenstein, Douglas   )<br>Melamed, Steven R. Rodgers,   )<br>Warner Bros, Ronald Green,    )<br>                              )<br>          Defendants.         )<br>_____) | CIV 13-00962 PHX MEA<br><br>ORDER OF DISMISSAL<br>WITH PREJUDICE |

Plaintiff has consented to the exercise of magistrate judge jurisdiction in this matter, including the entry of final judgment.

Plaintiff's motion to proceed in forma pauperis having been denied and the complaint in this matter having been dismissed, and Plaintiff having failed to state a claim over which the Court has jurisdiction and no defendant having been served nor appeared in this matter,

**IT IS ORDERED that** this matter shall be **dismissed with prejudice.**

DATED this 19th day of September, 2013.

_____
Mark E. Aspey
United States Magistrate Judge